UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOPHIA MICHELLE CARROLL,

Plaintiff,

v.

LSC LEARNING CENTERS, INC., *et al.*,

Defendants.

Case No. 2:25-cv-06100-CV (MAAx)

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

**[DOC. # 17]**

JS-6

On December 10, 2025, the Parties filed a Stipulation to Dismiss with Prejudice ("Stipulation"). Doc. # 17. Through their Stipulation, the Parties seek to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the entire action is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated: November 3, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE